# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TIKESHA WILLIAMS, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:26-cv-00839 |
| | § | Judge Mazzant/Judge Davis |
| CAPITAL ONE AUTO FINANCE, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 10, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #5) that the Complaint (Dkt. #1) be dismissed.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Complaint (Dkt. #1) is **DISMISSED WITHOUT PREJUDICE**. Within fourteen days of the docketing of this order, Plaintiff may file an amended complaint. If she does not, the Complaint will be dismissed with prejudice.

**IT IS SO ORDERED**.

**SIGNED this 16th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE